■ In the Matter of MARIA STEIN, Respondent, v JACOB STEIN, Appellant. [995 NYS2d 919]—

Appeal from an order of the Family Court, Rockland County (William P. Warren, J.), entered October 17, 2013. The order, upon the consent of the parties, inter alia, granted the petitioner's application for sole custody of the parties' children.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal must be dismissed, as no appeal lies from an order entered on the consent of the appealing party (*see* CPLR 5511; *Matter of Polche v Polche*, 89 AD3d 855 [2011]; *Matter of Walsh v Walsh*, 56 AD3d 568, 569 [2008]). Skelos, J.P., Balkin, Austin and Barros, JJ., concur.